# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELIJAH JONES,<br><br>          Plaintiff,<br><br>   v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>          Defendants. | Case No.  1:23-cv-00540-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Wayne Elijah Jones ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated in the United States District Court for the Southern District of California on March 24, 2023.  (ECF No. 1.)  The action was transferred to the Eastern District of California on April 6, 2023.  (ECF No. 2.)  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **April 7, 2023**                 /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE