# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELIJAH JONES,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00540-BAM (PC)<br><br>ORDER CONSTRUING COMPLAINT OF JUDICIAL MISCONDUCT AS A MOTION AND DENYING AS MOOT<br>(ECF No. 7)<br><br>ORDER EXTENDING DEADLINE TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Wayne Elijah Jones ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 7, 2023, the Court issued an order directing Plaintiff to submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, to pay the $402.00 filing fee for this action, within forty-five days. (ECF No. 5.)

On May 22, 2023, Plaintiff filed a document titled "Complaint of Judicial Misconduct or Disability." (ECF No. 7.) The document appears to be a form AO 310 used to file complaints regarding judicial misconduct against federal judges. Although it appears that Plaintiff intentionally filed the document in this action, the form itself does not appear to raise any allegations against the undersigned, but rather references other cases filed before the United States District Court for the Southern District of California, the Ninth Circuit Court of Appeals,

and the United States Supreme Court.  (*See id.* at 1, 4, 7.)  Plaintiff also attaches a copy of the Court's April 7, 2023 order directing him to submit an application to proceed *in forma pauperis*. (*Id.* at 10.)  Although Plaintiff sets forth a litany of issues, ranging from ineffective assistance of trial counsel and violations of the U.S. Constitution to privacy rights and discrimination, none of these complaints appear to be directed to this Court, the undersigned, or this action.

To the extent Plaintiff is attempting to file a Complaint of Judicial Misconduct or Disability related to the undersigned or any other federal judge, Plaintiff is informed that pursuant to the Rules for Judicial-Conduct and Judicial-Disability Proceedings, complaints "must be filed with the circuit clerk in the jurisdiction in which the subject holds office."  Rules for Judicial-Conduct and Judicial-Disability Proceedings, Rule 7(a)(1).  Filing such a complaint with the District Court Clerk or in a particular lawsuit is not the appropriate procedure.

As a Complaint of Judicial Misconduct is not an appropriate filing in this case, the Court will disregard the filing as moot.

To the extent Plaintiff was attempting to request recusal of the undersigned from this action, Plaintiff has failed to present any argument sufficient to show personal bias or prejudice by the undersigned, and such request is denied.  *See* 28 U.S.C. § 455 (A magistrate judge must disqualify himself if "his impartiality might be reasonably questioned," or if "he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding[.]")

In addition, in light of Plaintiff's *pro se* status the Court finds it appropriate to extend the deadline for Plaintiff to file his application to proceed *in forma pauperis* or pay the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint of judicial misconduct or disability, (ECF No. 7), is CONSTRUED as a motion;
2. Plaintiff's motion regarding complaint of judicial misconduct or disability, (ECF No. 7), is DENIED as moot;

///

3. The Clerk's Office shall send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action; and

5. **If Plaintiff fails to comply with this order, this action will be dismissed, without prejudice, for failure to obey a court order and for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **May 25, 2023**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

3