UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELIJAH JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　　Defendants. | No.  1:23-cv-00540-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

Plaintiff Wayne Elijah Jones is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2023, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey court orders and failure to prosecute this action due to plaintiff's failure to file a completed application to proceed *in forma pauperis* or pay the filing fee for this action. (Doc. 9.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3–4.)  No objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on July 18, 2023, (Doc. 9), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 11, 2023**

UNITED STATES DISTRICT JUDGE